1

2   BARRY MORRIS, SBN 48368
    Attorney at Law
3   1220 Oakland Blvd. #200
    Walnut Creek, CA 94596
4   (925) 934-1100
5   fax (925) 934-1122
    *barrymorris@mac.com*
6

7   Attorney for Defendant
    MIKIAL NAJJIR
8

9              **UNITED STATES DISTRICT COURT**
10
              **NORTHERN DISTRICT OF CALIFORNIA**
11

12  UNITED STATES OF AMERICA,                    No. 11-0902 RS
13

14                                 Plaintiff,
15       v.
16  MIKIAL NAJJIR,
17
    _____ Defendant./
18

19                      **Stipulation and Order**

20       IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for

21  defendant, MIKIAL NAJJIR, and PHILIP KEARNY, attorney for the United States,

22  that the status conference set for today, February 28, 2012, be continued until

23  March 20, 2012 at 2:30 p.m. It is further stipulated that time may be excluded

24  for the continuity of and effective preparation of counsel. This stipulation is

25  based upon the attached declaration of BARRY MORRIS.

26  Dated: February 28, 2012

27                      _____s/_____
                        BARRY MORRIS
28                      Attorney for Defendant
                        MIKIAL NIJJAR

                                                                    1

_____s/_____
PHILIP KEARNY
Attorney for the United States

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1.    I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.  I represent the defendant in the above-entitled action;

2.    I need additional time to review additional discovery in the matter recently delivered to counsel and discuss it with my client.  In addition, there are ongoing discussions about a plea agreement and both sides need the additional time to come to terms.

Dated: February 28, 2012

_____
BARRY MORRIS
Attorney for Defendant
MIKIAL NAJJIR

**Order**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the status conference set for today, February 28, 2012 be continued until March 20, 2012 at 2:30 p.m.   Time is excluded for continuity of and the effective preparation of counsel.

Dated:   2/28/12

_____
UNITED STATES DISTRICT JUDGE

3